**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MELISSA A. NEGRETE** | § | |
| | § | |
| **VS.** | § | **CIVIL NO. 5:22-cv-00046** |
| | § | |
| **CONTRACT FREIGHTERS, INC. AND** | § | |
| **ANTONIO R. COLEMAN** | § | |

**NOTICE OF FILING RULE 29 AGREEMENT**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Now come CONTRACT FREIGHTERS, INC. and ANTONIO R. COLEMAN, the Defendants in the above-styled and numbered cause, and file this Rule 29 Agreement dated August 10, 2022, and signed by Plaintiff's Counsel, Henry M. Blackmon, which is attached hereto.

Respectfully submitted,

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950

By: /s/ *Larry D. Warren*
LARRY D. WARREN
State Bar No. 20888450
FBN: 13339
**ATTORNEY FOR DEFENDANTS,**
**CONTRACT FREIGHTERS, INC. AND**
**ANTONIO R. COLEMAN**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of August 2022, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel via e-mail:

Steve T. Hastings
State Bar No. 09211000
FBN: 2232
Henry M. Blackmon
State Bar No.: 24040528
FBN: 38940
HASTINGS LAW FIRM
101 North Shoreline, Suite 604
Corpus Christi, Texas 78401
steveh@hastingslawfirm.net
henryb@hastingslawfirm.net
**ATTORNEYS FOR PLAINTIFF**

                                                                /s/ *Larry D. Warren*



**Larry D. Warren**
Union Square II
10001 Reunion Place
Suite 600
San Antonio, Texas 78216
(210) 731-6353
Fax (210) 785-2975
Email:
LWarren@namanhowell.com

Offices in:
· Austin
· Fort Worth
· San Antonio
· Waco

www.namanhowell.com

August 10, 2022

henryb@hastingslawfirm.net
Henry M. Blackmon
HASTINGS LAW FIRM
101 North Shoreline, Suite 604
Corpus Christi, Texas 78401

  Re: Civil No. 5:22-cv-0046; *Melissa A. Negrete vs. Antonio R. Coleman and Contract Freighters, Inc., et al;* In the United States District Court for the Western District of Texas Laredo Division

Dear Counselors:

  In regards to the above matter, we would like to request a 2 week extension from August 12, 2022 to August 26, 2022 for Defendants, Contract Freighter, Inc. and Antonio R. Coleman, to respond to Plaintiff's First Set of Interrogatories and Request for Production.

  Thank you for your professional courtesies in this regard.

        Very truly yours,

        NAMAN HOWELL SMITH & LEE, PLLC

        *Larry D. Warren*

AGREED:

_____
Attorney for Plaintiff

Dated: __8/10/__, 2022.

{03757324.DOC / }
4879-0477-0861, v. 1