United States District Court
Southern District of Texas
**ENTERED**
December 07, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MELISSA A NEGRETE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:22-CV-00046** |
| | § | |
| **ANTONIO R COLEMAN,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

Plaintiff Melissa A. Negrete and Defendants Antonio R. Coleman and Contract Freighters,

Inc. filed a self-effectuating Stipulation of Dismissal with Prejudice (Dkt. 19). *See* Fed. R. Civ. P.

41(a)(1)(A)(ii). The Stipulation, signed by counsel for all Parties, notifies the Court that the case

has been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court

is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this December 7, 2022.

Diana Saldaña
United States District Judge